■ In the Matter of SALVATORE A. GRIFO, Appellant, against GEORGE J. GROSS et al., Respondents.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting 'P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of MARIE H. LOVE, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and FRANK J. CRISONA, Respondents.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of MARIE H. LOVE, Appellant, against BERT KOEHLER et al., Respondents.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

## (May 25, 1960)

■ ANCHOR MOTOR FREIGHT N. Y. CORP., Respondent, v. LOCAL UNION No. 445 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS et al., Appellants, et al., Defendants.— Motion to direct the clerk to retain the appeal herein on the calendar for the June 1960 Term granted and appeal ordered to be placed at the foot of said calendar. This disposition is without prejudice to any application which may be made on the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ DEGEN & SCHOEN CO., INC., Respondent, v. ZEMACH DAVID DEVELOPMENT CORP., Appellant.— Motion for a stay of all proceedings pending appeal, denied, with $10 costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ERNEST JEREMIAS, Respondent, v. CARACAS REALTY CORP., Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ NORTHVILLE DOCK CORPORATION, Respondent, v. CARL L. ALLER et al., Appellants.— Motion to stay sale of real property pending appeal, denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN PEARSON, Appellant.—Motion to amend order entered May 2, 1960, by adding appeal to June Term Calendar, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT CONNERS, DONALD CONNERS and ALEXANDER HILLIARD, Relators, against WARDEN OF CITY PRISON IN KINGS COUNTY, Respondent.— Writ dismissed and relators remanded, without prejudice to an application for reduction of bail, to the County Court, Kings County. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.